No. 09-8304. **Judith Tompson, Petitioner v. Town of Salem, New Hampshire.**

559 U.S. 1103, 130 S. Ct. 2399, 176 L. Ed. 2d 788, 2010 U.S. LEXIS 3560.

April 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 980, 130 S. Ct. 1705, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2038.

No. 09-8391. **Jacob Sampson, Petitioner v. Andrea France, et al.**

559 U.S. 1103, 130 S. Ct. 2400, 176 L. Ed. 2d 788, 2010 U.S. LEXIS 3611.

April 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 994, 130 S. Ct. 1743, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2225.

No. 09-8463. **Jesse White, et ux., Petitioners v. Mortgage Electronic Registration Systems, Incorporated.**

559 U.S. 1103, 130 S. Ct. 2400, 176 L. Ed. 2d 788, 2010 U.S. LEXIS 3648.

April 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1010, 130 S. Ct. 1937, 176 L. Ed. 2d 371, 2010 U.S. LEXIS 2678.

No. 09-8464. **In re Mitchell Lee Walck, Petitioner.**

559 U.S. 1103, 130 S. Ct. 2400, 176 L. Ed. 2d 788, 2010 U.S. LEXIS 3626.

April 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 934, 130 S. Ct. 1554, 176 L. Ed. 2d 153, 2010 U.S. LEXIS 1092.

No. 09-8487. **Wells Holland, Petitioner v. Renee Holland.**

559 U.S. 1103, 130 S. Ct. 2400, 176 L. Ed. 2d 788, 2010 U.S. LEXIS 3606.

April 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 982, 130 S. Ct. 1711, 176 L. Ed. 2d 197, 2010 U.S. LEXIS 2129.

No. 09-8969. **Michael J. Piskanin, Petitioner v. United States.**

559 U.S. 1103, 130 S. Ct. 2400, 176 L. Ed. 2d 788, 2010 U.S. LEXIS 3531.

April 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1019, 130 S. Ct. 1913, 176 L. Ed. 2d 386, 2010 U.S. LEXIS 2504.

No. 09-10396 (09A1009). **Samuel Bustamante, Petitioner v. Texas.**

559 U.S. 1103, 130 S. Ct. 2400, 176 L. Ed. 2d 788, 2010 U.S. LEXIS 3673.

April 27, 2010. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.